| | |
|---|---|
| Joshua B. Swigart (SBN 225557) | Daniel G. Shay (SBN 250548) |
| Josh@SwigartLawGroup.com | DanielShay@TCPAFDCPA.com |
| Spencer L. Pfeiff (SBN 343305) | **LAW OFFICE OF DANIEL G. SHAY** |
| Spencer@SwigartLawGroup.com | 2221 Camino del Rio S, Ste 308 |
| **SWIGART LAW GROUP, APC** | San Diego, CA 92108 |
| 2221 Camino del Rio S, Ste 308 | P: 619-222-7429 |
| San Diego, CA 92108 | |
| P: 866-219-3343 | |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RENDON, | Case No.: 3:22-cv-01194-DMS-MSB |
| Plaintiff, | |
| vs. | PLAINTIFF AARON RENDON'S NOTICE OF SETTLEMENT AS TO DEFENDANT CHERRY CREEK MORTGAGE, LLC |
| CHERRY CREEK MORTGAGE, LLC, | |
| Defendant. | District Judge Dana M. Sabraw |
| | Magistrate Judge Michael S. Berg |
| | Complaint: August 15, 2022 |
| | Amended Complaint: October 10, 2022 |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the Plaintiff Aaron Rendon, and Defendant Cherry Creek Mortgage, LLC, have settled all claim between them in this matter.

A Motion to Dismiss, or other document to that effect, will be filed within forty-five days.

Respectfully Submitted,

Date: March 20, 2023

**SWIGART LAW GROUP, APC**

By: *s/ Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff